

# Fourth Court of Appeals
## San Antonio, Texas

December 8, 2014

No. 04-14-00614-CV

Hector **GONZALEZ**,
Appellant

v.

**ATENEA CAPITAL MARKETS FUND, LP**,
Appellee

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-CI-13872
Honorable Larry Noll, Judge Presiding

## O R D E R

The clerk's record was filed on October 20, 2014. On November 3, 2014, the court reporter filed a Notification of Late Record stating that the appellant has failed to pay or make arrangements to pay the reporter's fee for preparing the record. Thereafter, on November 13, 2014, we ordered appellant to provide written proof that: either (1) the reporter's fee has been paid or arrangements have been made to pay the reporter's fee; or (2) appellant is entitled to appeal without paying the reporter's fee. To date, appellant has failed to respond to our order.

Accordingly, we will determine the appeal without the benefit of the reporter's record. *See* TEX. R. APP. P. 37.3(c) (when reporter's record is not filed, appellate court may consider and decide those issues or points that do not require a reporter's record for a decision). **We order appellant to file his appellant's brief in this court on or before 30 days from the date of this order.** If appellant's brief is not timely filed, the appeal may be dismissed for want of prosecution. *See* TEX. R. APP. P. 38.8(a).

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of December, 2014.

_____
Keith E. Hottle
Clerk of Court